UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

BRIDGETT ANTAYA,

    Plaintiff,

v.

EXPERIAN INFORMATION SOLUTIONS, INC.,
TRANS UNION, LLC and
NATIONSTAR MORTGAGE, LLC,

    Defendants.

Case No. 1:17-cv-00871
Honorable Janet T. Neff
Magistrate Ellen S. Carmody

_____

**STIPULATION TO DISMISS
DEFENDANT EXPERIAN INFORMATION SOLUTIONS, INC., ONLY,
WITH PREJUDICE**

    Plaintiff and Defendant Experian Information Solutions, Inc. ("Experian"), through their respective counsel, stipulate to the dismissal of Defendant Experian, only, with prejudice and without costs or attorney fees to either party.

| | |
|---|---|
| /s/ Mark Alan Linton (by consent) | /s/ Tamara E. Fraser |
| Mark Alan Linton (P66503) | Tamara E. Fraser (P51997) |
| Attorney for Plaintiff | Attorney for Defendant Experian |
| Credit Repair Lawyers of America | Williams, Williams, Rattner |
| (248) 353-2882 | & Plunkett, P.C. |
| mark@crlam.com | (248) 642-0333 |
| | tefraser@wwrplaw.com |

## ORDER TO DISMISS
## DEFENDANT EXPERIAN INFORMATION SOLUTIONS, INC., ONLY, WITH PREJUDICE

The Court having received the parties' Stipulation, and being otherwise fully advised in the premises,

IT IS HEREBY ORDERED that Defendant Experian Information Solutions, Inc., only, shall be dismissed with prejudice and without costs or attorney fees awarded to either party.

This resolves the last pending claim and closes this case.

Dated: March 16, 2018          /s/ Janet T. Neff
                               Honorable Janet T. Neff
                               U.S. District Court Judge